UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONALD HERRERA, and FRANCES GOENA,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ED ALAMEIDA, JR., individually and in his official capacity as Director, California Department of Corrections; SUSANN STEINBERG, individually and in her official capacity as Director of Health Services, California Department of Corrections; A.K. SCRIBNER, individually and in his official capacity as Warden of California State Prison at Corcoran; DR. GREG HIROKAWA, individually and as Chief Psychologist at California State Prison at Corcoran; DR. MARY PERRIEN, individually and as Chief Psychologist at California State Prison at Corcoran; RICHARD BERKSON, M.D., individually and as Chief Psychiatrist at California State Prison at Corcoran; SGT. WIRTH, individually and in her official capacity as Sergeant at California State Prison at Corcoran; and DOES 1 through 50, inclusive.<br>　　　　　　　　Defendants. | Case No. 04- 6546-OWW SMS<br><br>**ORDER APPOINTING FRANCES GOENA AS DECEDENT RONALD HERRERA'S SUCCESSOR IN INTEREST** |

The Court having considered the petition for the appointment of FRANCIS GOENA

1  as the successor in interest to the estate of RONALD HERRERA filed on October 27, 2005,

2  and good cause appearing therefore,

3      IT IS ORDERED that FRANCIS GOENA is appointed as the successor in interest to

4

5  the estate of RONALD HERRERA in this action.

6  Dated: March 28, 2006                    /s/ OLIVER W. WANGER_____
                                             United States District Judge
7