TERRY L. BAKER
Bar No. 214365
Makler & Baker LLP
226 E. Canon Perdido Street, Ste. J
Santa Barbara, CA 93101
(805) 965-4651
(805) 965-4671 fax

CATHERINE CAMPBELL
Bar No. 65103
Attorney at Law
P.O. Box 4470
Fresno, CA 93744
tel: 559.498.8140
fax: 559.221.0268

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES GOENA and the ESTATE OF RONALD HERRERA, <br><br> Plaintiffs, <br><br> ED ALAMEIDA, JR., et al., <br><br> Defendants. _____/ | No. CIV F-04-6546 OWW SMS <br><br> ORDER CONTINUING MOTION TO WITHDRAW AS COUNSEL UNDER SEAL <br> (Local Rule 39-141) |

The motion to withdraw as counsel of record previously filed by Catherine Campbell is hereby continued to June 30, 2006 at 9:30 a.m.

IT IS SO ORDERED.

**Dated:   May 22, 2006**            /s/ Sandra M. Snyder
icido3                    UNITED STATES MAGISTRATE JUDGE

**Order Continuing Motion to Withdraw**; *Estate of Ronald Herrera, et al. v. Ed Alameida, et al.*, USDC, Eastern District, No CIV F-04-6546 OWW SMS
**To be filed under seal.**                    1                    1