1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
9

10

11  ESTATE OF RONALD HERRERA,      )
    et al.,                        )
12                                 )
                   Plaintiff,      )        1:04-cv-6546 OWW SMS
13                                 )
         v.                        )
14                                 )
    ED ALAMEIDA, JR., etc.,        )        ORDER OF PARTIAL
15  et al.,                        )        DISMISSAL
                                   )
16                 Defendant       )
    _____)
17

18
         Pursuant to the stipulation of the parties, the following
19
    defendants are dismissed from the above-captioned action:
20
    Susan Steinberg, individually and in her official capacity as
21  Director of Health Services, California Department of Corrections;

22  Dr. Greg Hirokawa, individually and as Chief Psychologist at
    California State Prison at Corcoran
23
    Dr. Mary Perrien, individually and as Chief Psychologist at
24  California State Prison at Corcoran;

25  Richard Berkson, M.D., individually and as Chief Psychiatrist at
    California State Prison at Corcoran.
26

27

28                                    1

1

2   Dated: June 5, 2006                    /s/ OLIVER W. WANGER

3                                          _____
                                           OLIVER W. WANGER
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2