TERRY L. BAKER
Bar No. 214365
Makler & Baker LLP
226 E. Canon Perdido Street, Ste. J
Santa Barbara, CA 93101
(805) 965-4651
(805) 965-4671 fax

CATHERINE CAMPBELL
Bar No. 65103
Attorney at Law
P.O. Box 4470
Fresno, CA 93744
tel: 559.498.8140
fax:  559.221.0268

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES GOENA and the ESTATE OF RONALD HERRERA,<br><br>Plaintiffs,<br><br>ED ALAMEIDA, JR., et al.,<br><br>Defendants._____/ | No. 1:04-cv-06546 OWW SMS<br><br>**ORDER**<br>ALLOWING COUNSEL<br>40 DAYS TO FILE<br>DISPOSITIONAL DOCUMENTS<br><br>**(Local Rule 16-160(b))** |

GOOD CAUSE APPEARING THEREFORE, and plaintiffs' counsel having notified the Court that this matter has been settled, plaintiffs' counsels' request that the court order that settlement documents be filed within forty (40) days, not the twenty (20) days prescribed by Local Rule 16-160, because of the bureaucratic realities of a settlement involving the California Department of Corrections and Rehabilitation, is hereby granted, and said settlement documents are due on or before August 7, 2006.

IT IS SO ORDERED.

**Dated:   June 28, 2006**          /s/ Sandra M. Snyder
icido3ED STATES MAGISTRATE JUDGE

1