UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONALD HERRERA, and FRANCES GOENA, | |
| Plaintiff, | 1:04-cv-6546 OWW SMS |
| v. | |
| ED ALAMEIDA, JR., et al., | ORDER GRANTING PARTIAL DISMISSAL |
| Defendant | |

Pursuant to the stipulation of the parties, this action is dismissed as to plaintiff Estate of Ronald Herrera only.

Dated: August 15, 2006          /s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge

1