Jan L. Kahn - #55788
John V. Ohnstad, Jr. - #196242
KAHN, SOARES & CONWAY, LLP
219 N. Douty Street
Hanford, California  93230
Telephone: (559)584-3337
Fax: (559) 584-3348

ATTORNEY FOR:  Defendant, SGT. SARAH WIRTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES GOENA, et al.,<br><br>        Plaintiff,<br><br>        vs.<br><br>ED ALAMEIDA JR., et al.,<br><br>        Defendants. | Case No. F-04-6546-OWW-SMS-P<br><br>**ORDER<br>ALLOWING COUNSEL UNTIL SEPTEMBER 13, 2006 TO FILE SETTLEMENT DOCUMENTS<br>(Local Rule 16-160(b))** |

The Court having considered Joint Request for Extension of Time for Filing Settlement Documents (Local Rule 16-160(b)), Declaration of John Ohnstad, Jr. In Support of Extension of Time for Filing Settlement Documents (LR 16-160(b)), and GOOD CAUSE APPEARING THEREFORE, and plaintiffs' counsel having previously notified the Court that this matter has been settled, IT IS HEREBY ORDERED settlement documents be filed by September 13, 2006. The request is hereby granted, and said settlement documents are due on or before September 13, 2006.

Dated:  __9/2/06____                            _/s/ Oliver W. Wanger_____
                                                UNITED STATES DISTRICT JUDGE

F:\WORD\11\11816.05\Pleadings\order allowing extension-083106.doc

1

ORDER ALLOWING COUNSEL UNTIL SEPTEMBER 13, 2006 TO FILE SETTLEMENT DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com