1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ESTATE OF RONALD HERRERA, and FRANCES GOENA, | Case No. 04- 6546-OWW SMS |
| 11 | |
| 12  Plaintiffs, | **ORDER OF DISMISSAL** |
| 13  v. | |
| 14  ED ALAMEIDA, JR., individually and in his official capacity as Director, California Department of Corrections; SUSANN STEINBERG, individually and in her official capacity as Director of Health Services, California Department of Corrections; A.K. SCRIBNER, individually and in his official capacity as Warden of California State Prison at Corcoran; DR. GREG HIROKAWA, individually and as Chief Psychologist at California State Prison at Corcoran; DR. MARY PERRIEN, individually and as Chief Psychologist at California State Prison at Corcoran; RICHARD BERKSON, M.D., individually and as Chief Psychiatrist at California State Prison at Corcoran; SGT. WIRTH, individually and in her official capacity as Sergeant at California State Prison at Corcoran; and DOES 1 through 50, inclusive. Defendants. | |

The Court having considered the Stipulation for Voluntary Dismissal filed on

1 | September 12, 2006, and good cause appearing therefore,

2 |     IT IS ORDERED that the above-captioned action is dismissed pursuant to FRCP 41(a)(1) with prejudice.

7 | IT IS SO ORDERED.

8 | **Dated:  October 24, 2006**       **/s/ Oliver W. Wanger**
9 | emm0d6      UNITED STATES DISTRICT JUDGE